UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
: 
IN RE: SUBPOENA TO THE UNITED : Miscellaneous No. 1:07-mc-00280 (RCL)
STATES SECURITIES AND EXCHANGE :
COMMISSION :
--------------------------------------------------------
AVIVA PARTNERS LLC, Individually and On :
Behalf of All Others Similarly Situated, : (D.N.J. Lead Docket
: No. 3:05-cv-03098-MLC-JJH)
Plaintiffs, :
:
vs. :
: **CONSENT MOTION**
EXIDE TECHNOLOGIES, : **TO STAY**
CRAIG H. MUHLHAUSER, :
IAN J. HARVIE, :
J. TIMOTHY GARGARO, :
:
Defendants. :
---------------------------------------------------------------X

Defendants Exide Technologies, Craig H. Muhlhauser, Ian J. Harvie and J. Timothy Gargaro (the "Defendants"), by and through their undersigned counsel, with the consent of Plaintiffs Aviva Partners, LLC (the "Plaintiffs"), hereby move for a stay of all proceedings in this matter, and in support thereof state as follows:

1.  There is ongoing litigation pending in the United States District Court for the District of New Jersey captioned *Aviva Partners LLC v. Exide Technologies, et al.*, Lead Docket No. 3:05-cv-03098-MLC-JJH (the "underlying litigation").

2.  Plaintiffs in the underlying litigation issued a subpoena from this Court to the United States Securities and Exchange Commission on May 25, 2007.

1

3. Defendants filed a Motion to Quash Subpoena Directed to the United States Securities and Exchange Commission on June 29, 2007 (the "Motion").

4. Counsel for Defendants and counsel for Plaintiffs in the underlying action have been attempting to negotiate in good faith a resolution concerning the subpoena that is the subject of the Motion.

5. The parties continue to seek a resolution of this matter without the Court's intervention and desire to conserve the resources of the Court and of the parties. Counsel for Plaintiffs has consented to the filing of this motion and to a stay of all proceedings in this matter until August 1, 2007, as they continue to negotiate a resolution with counsel for Defendants.

WHEREFORE, Defendants, with the consent of Plaintiffs, respectfully request that the Court stay all proceedings in this matter until such time as negotiations conclude, and in any event no later than August 1, 2007.

Dated: July 10, 2007

Respectfully submitted,

By: /s/ John Rosans

John Rosans (D.C. Bar No. 474180)
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, D.C. 20007
Phone: (202) 625-3639
Fax: (202) 339-8267

and

David H. Kistenbroker
Carl E. Volz

Katten Muchin Rosenman, LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200

*Attorneys for Defendants Exide Technologies, Craig H. Muhlhauser, Ian J. Harvie and J. Timothy Gargaro*

Case 1:07-mc-00280-RCL   Document 2   Filed 07/10/2007   Page 3 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------------X
                                                              :
IN RE: SUBPOENA TO THE UNITED                                 :  Miscellaneous No. 1:07-mc-00280 (RCL)
STATES SECURITIES AND EXCHANGE                                :
COMMISSION                                                    :
                                                              :
-------------------------------------------------------------
AVIVA PARTNERS LLC, Individually and On                       :
Behalf of All Others Similarly Situated,                      :  (D.N.J. Lead Docket
                                                              :  No. 3:05-cv-03098-MLC-JJH)
                    Plaintiffs,                               :
                                                              :
                                                              :
vs.                                                           :
                                                              :  [PROPOSED] ORDER GRANTING
                                                              :  CONSENT MOTION TO STAY
EXIDE TECHNOLOGIES,                                           :
CRAIG H. MUHLHAUSER,                                          :
IAN J. HARVIE,                                                :
J. TIMOTHY GARGARO,                                           :
                                                              :
                    Defendants.                               :
-------------------------------------------------------------X
```

This Court, having considered the Consent Motion to Stay; **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

Said Consent Motion to Stay is **GRANTED**.

                      IT IS SO ORDERED.

                      Dated this _____ day of _____, 2007.

                      By the Court:

                      _____

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of the preceding **CONSENT MOTION TO STAY PROCEEDINGS** was served upon Lead Counsel for the Plaintiffs in the underlying action as follows:

Anne Box
Trig Smith
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

via **electronic mail and first-class mail** on this 10th day of July, 2007.


    /s/ John Rosans
John A. Rosans