**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE: SUBPOENA TO THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | ) ) ) ) ) | |
| **AVIVA PARTNERS LLC,** | ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Misc. No. 07-mc-280 (RCL)** |
| **EXIDE TECHNOLOGIES,** *et al.*, | ) ) | **D.N.J. Lead Docket No. 3:05-cv-3098-MLC-JJH** |
| **Defendants.** | ) ) | |

## <u>ORDER</u>

Upon the Court's consideration of the consent Motion [2] to Stay, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

The consent Motion to Stay is GRANTED until August 1, 2007.

Signed by United States District Judge Royce C. Lamberth, July 11, 2007.