UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
                         :
IN RE: SUBPOENA TO THE UNITED    :  Miscellaneous No. 1:07-mc-00280 (RCL)
STATES SECURITIES AND EXCHANGE :
COMMISSION                            :
---------------------------------------------------------
AVIVA PARTNERS LLC, Individually and On :
Behalf of All Others Similarly Situated,     :  (D.N.J. Lead Docket
                                        :  No. 3:05-cv-03098-MLC-JJH)
              Plaintiffs,                    :
                                        :
vs.                                          :
                                        :  **NOTICE OF VOLUNTARY DISMISSAL**
EXIDE TECHNOLOGIES,                :
CRAIG H. MUHLHAUSER,             :
IAN J. HARVIE,                           :
J. TIMOTHY GARGARO,              :
                                        :
              Defendants.          :
---------------------------------------------------------------X

       Defendants Exide Technologies, Craig H. Muhlhauser, Ian J. Harvie and J. Timothy Gargaro (the "Defendants"), by and through their undersigned counsel, hereby voluntarily dismiss this miscellaneous action (No. 1:07-mc-00280) pursuant to Rule 41 of the Federal Rules of Civil Procedure, and state as follows:

       1.     There is ongoing litigation pending in the United States District Court for the District of New Jersey captioned *Aviva Partners LLC v. Exide Technologies, et al.*, Lead Docket No. 3:05-cv-03098-MLC-JJH (the "underlying litigation").

       2.     Plaintiffs in the underlying litigation issued a subpoena from this Court to the United States Securities and Exchange Commission on May 25, 2007.

1

3.  Defendants commenced this miscellaneous action (No. 1:07-mc-00280) and filed a Motion to Quash Subpoena Directed to the United States Securities and Exchange Commission ("SEC") on June 29, 2007 (the "Motion to Quash").

4.  Counsel for Plaintiffs withdrawn the Subpoena, which is the subject of the Motion to Quash, and has informed the SEC and the undersigned of their withdrawal.

5.  Therefore, the Motion to Quash is moot and can be withdrawn.

WHEREFORE, Defendants respectfully request that the Court dismiss this action without prejudice to the refiling thereof.

Dated: August 3, 2007                                  Respectfully submitted,

                                                       By:  /s/ John Rosans

                                                       John Rosans (D.C. Bar No. 474180)
                                                       Katten Muchin Rosenman, LLP
                                                       1025 Thomas Jefferson Street, NW
                                                       East Lobby, Suite 700
                                                       Washington, D.C. 20007
                                                       Phone: (202) 625-3639
                                                       Fax: (202) 339-8267

                                                       and

                                                       David H. Kistenbroker
                                                       Carl E. Volz
                                                       Katten Muchin Rosenman, LLP
                                                       525 W. Monroe St.
                                                       Chicago, IL 60661
                                                       (312) 902-5200

                                                       *Attorneys for Defendants Exide
                                                       Technologies, Craig H. Muhlhauser,
                                                       Ian J. Harvie and J. Timothy Gargaro*

**CERTIFICATE OF SERVICE**

      I hereby certify that true copies of the preceding **NOTICE OF VOLUNTARY DISMISSAL** was served upon Lead Counsel for the Plaintiffs in the underlying action as follows:

Anne Box
Trig Smith
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

via **electronic mail and first-class mail** on this 3rd day of August, 2007.

                                                  /s/ John A. Rosans
                                                  John A. Rosans