UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: SUBPOENA TO THE ) <br> UNITED STATES SECURITIES ) <br> AND EXCHANGE COMMISSION ) <br> ) <br> AVIVA PARTNERS LLC, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> EXIDE TECHNOLOGIES, *et al.*, ) <br> ) <br>     Defendants. ) <br> ) | Misc. No. 07-mc-280 (RCL) <br><br> D.N.J. Lead Docket <br> No. 3:05-cv-3098-MLC-JJH |

### ORDER

    Before the Court is the Notice [4] filed by counsel for Exide Technologies, Craig H. Muhlhauser, Ian J. Harvie, and J. Timothy Gargaro ("defendants"), which informs the Court that the subpoena at issue in this matter has been withdrawn and that defendants, the movants in this action, seek the voluntary dismissal of this miscellaneous matter. Upon consideration of the applicable law and the entire record herein, it is hereby

    ORDERED, that the Motion to Quash Subpoena [1] is DENIED as moot, the underlying subpoena having been withdrawn, and it is further

    ORDERED, that this miscellaneous civil action is DISMISSED, the motion that provides its basis having been denied as moot, and the movant having voluntarily sought dismissal.

    SO ORDERED.

    Signed by United States District Judge Royce C. Lamberth, August 6, 2007.